```
SILVER CLUB                        ALHAMBRA & SIERRA SPRINGS          AT&T INTERNET
1040 VICTORIAN AVE.                P.O. BOX 660579                    P.O. BOX 13134
SPARKS, NV 89431                   DALLAS, TX 75266-0579              NEWARD, NJ 07101-5634


Stephen R. Harris, Esq.            AMANDA GRANGER                     AT&T MOBILITY
Belding, Harris & Petroni, LTD     1607 BURGER RD.                    P.O. BOX 6463
417 West Plumb Lane                FERNLEY, NV 89408                  CAROL STREAM, IL 60197-6453
Reno, NV 89509


A #1 TEXTILES                      AMBER TRAWICK                      BAKEMARK
P.O. BOX 5259                      2796 PLUMAS ST., #111              5455 LOUIE LANE
CHATSWORTH, CA 91313-5259          RENO, NV 89509                     RENO, NV 89510


ABLE CARD CORP.                    AMERICAN SHEET METAL PARTITION     BELL LIMO
1720 FLOWER AVE.                   P.O. BOX 13126                     100 SUNSHINE LANE
DUARTE, CA 91010                   SACRAMENTO, CA 95813-3126          RENO, NV 89502


ABSOLUTE ZERO REFRIGERATION        AMERIGAN                           BEST TOURS
12575 THOMAS CREEK ROAD             720 GLENDALE AVE.                 2609 E MCKINLEY, STE. P
RENO, NV 89511                     SPARKS, NV 89431-5717              FRESNO, CA 93703


ACME LINEN CO., INC.               APPAREL WAREHOUSE                  BLACK ROCK CONSTRUCTION
5136 E. TRIGGS ST.                 6010 YOLANDA AVE.                  9732 STATE ROUTE 445 #309
CITY OF COMMERCE, CA 90022         TARZANA, CA 91356                  SPARKS, NV 89441


ADVENTURES IN ADVERTISING          ARISTOCRAT TECHNOLOGIES, INC       BLUE RIBBON
1662 US HWY 395, STE. 209          7230 AMIGO ST.                     P.O. BOX 633
MINDEN, NV 89423                   LAS VEGAS, NV 89119                SPARKS, NV 89432


AES OF NEVADA                      ASCAP                              BMI
989 BIBLE WAY                      2690 CUNBERLAND PKWY, #490         P.O. BOX 406741
RENO, NV 89502                     ATLANTA, GA 30339                  ATLANTA, GA 30384-6741


AIRGAS                             AT WORK UNIFORMS                   BOSMA GROUP, P.C.
P.O. BOX 7425                      P.O. BOX 40                        5575 KIETZKE LN., STE. B.
PASADENA, CA 91109-7425            ORANGE BEACH, AL 36561             RENO, NV 89511


AK DISPLAY                         AT&T                               BRINKS
P.O. BOX 3169                      P.O. BOX 78225                     FILE NO. 52005
SPARKS, NV 89432                   PHOENIX, AZ 85062-8225             LOS ANGELES, CA 90074-2005
```

| | | |
|---|---|---|
| BULBS.COM<br>243 STAFFORD ST.<br>WORCESTER, MA 01603 | CINTAS CORP.<br>97627 EAGLE WAY<br>CHICAGO, IL 60678-9760 | COSTCO<br>2200 HARVARD WAY<br>RENO, NV 89502 |
| BURGARELLO ALARM, INC.<br>50 SNIDER WAY<br>SPARKS, NV 89431 | CINTAS CORP.<br>1231 NATIONAL DR.<br>SACRAMENTO, CA 95834 | CRISTAL AYALA<br>910 N. MERRIDAN RD.<br>LOVELOCK, NV 89419 |
| BURNEY'S COMMERCIAL SUPPLY<br>1528 LINDA WAY<br>SPARKS, NV 89431 | CIT TECHNOLOGY<br>P.O. BOX 100706<br>PASADENA, CA 91189-0706 | CSG DIRECT<br>P.O. BOX 71592<br>RENO, NV 89570-1592 |
| BUSINESS TELEPHONE TECH., LTD.<br>9425 DOUBLE R. BLVD., STE. F<br>RENO, NV 89521 | CITY AUTO TOWING<br>501 DERMODY WAY<br>SPARKS, NV 89431 | DAMON INDUSTRIES<br>822 PACKER WAY<br>SPARKS, NV 89431-6445 |
| C&M FOODS<br>7935 SUGAR PINE CT<br>RENO, NV 89523 | CITY OF SPARKS EVENT OFFICE<br>814 VICTORIAN AVE. 2ND FL.<br>SPARKS, NV 89431 | DAVID DEVINE<br>453 W. 6TH ST., #A7<br>RENO, NV 89503 |
| CARL'S OFFICE SUPPLY<br>1100 TERMINAL WAY<br>RENO, NV 89502 | CITY OF SPARKS/SEWER<br>P.O. BOX 857<br>SPARKS, NV 89432 | DAVID TABBONE<br>1000 HARVARD WAY, #29<br>RENO, NV 89502 |
| CASINO CAREERS ONLINE<br>2327 RIDGEWOOD PLAZA, STE. 205 ]<br>NORTHFIELD, NJ 08225 | COAST TO COAST<br>4277 VALLEY FAIR ST.<br>SIMI VALLEY, CA 93063 | DAYDOTS FOOD INTL, INC.<br>1801 RIVERBEND WEST DR.<br>FT. WORTH, TX 76118 |
| CENTRAL CREDIT<br>P.O. BOX 95275<br>LAS VEGAS, NV 89193-5275 | COBE TOURS<br>TCP 21253<br>P.O. BOX 718<br>ALAMEDA, CA 94501 | DEBORAH PREKU<br>POB 971<br>RENO, NV 89504 |
| CHARTER MEDIA<br>9335 PROTOTYPE DR.<br>RENO, NV 89521 | COMTRACK CORP.<br>17493 NASSAU COMMONS<br>LEWES, DE 19958 | DEPT. OF TAXATION<br>BANKRUPTCY SECTION<br>555 E. WASHINGTON AVE.<br>SUITE 1300<br>LAS VEGAS, NV  89101 |
| CHEMSEARCH<br>P.O. BOX 971269<br>DALLAS, TX 75397-1269 | CONCENTRA MEDICAL CTR.<br>P.O. BOX 5950<br>SPARKS, NV 89432-5950 | DIRECT TV<br>P.O. BOX 60036<br>LOS ANGELES, CA 90060-0036 |

| | | |
|---|---|---|
| DORIS BROOKS<br>5640 RILLA WAY<br>SUN VALLEY, NV 89433 | FULLER COLOR<br>75 S. WELLS<br>RENO, NV 89502 | INTERNAL REVENUE SERVICE<br>SPEC. PROC. FUNCTION<br>STOP 5028<br>110 CITY PARKWAY<br>LAS VEGAS, NV  89106 |
| DRIVER'S LICENSE GUIDE CO.<br>1492 ODDSTAD DR.<br>REDWOOD CITY, CA 94063 | GARRETT CALLAHAN<br>50 INGOLD RD.<br>BURLINGAME, CA 94010 | J.A. THOMAS<br>3445 AIRWAY DR., STE. D<br>RENO, NV 89511 |
| EARTHGRAINS<br>7448 COLLECTION CENTER DR.<br>CHICAGO, IL 60693 | GREYBAR FINANCIAL SERVICES<br>22442 NETWORK PLACE<br>CHICAGO, IL 60673-1224 | JCM AMERICAN<br>925 PILOT RD.<br>LAS VEGAS, NV 89119 |
| EAST BAY RESTAURANT SUPPLY<br>29 FOURTH ST.<br>OAKLAND, CA 94607 | GROOPLE<br>10333 E DRY CREEK RD., STE. 220<br>ENGLEWOOD, CO 80112 | JOHN CROCKER<br>433 15TH ST.<br>SPARKS, NV 89431 |
| ENVIRONMENTAL SERVICES<br>2365 CAMELOT WAY<br>RENO, NV 89509 | HOLDER VENDING<br>1040 VICTORIAN AVE.<br>SPARKS, NV 89431 | JOHN PAGEE<br>3300 KAUAI CT., #B10<br>RENO, NV 89509 |
| EUROPEAN HEALTH SPA<br>2999 S. VIRGINIA ST.<br>RENO, NV 89502 | HOME DEPOT<br>P.O. BOX 6031<br>THE LAKES, NV 88901-6031 | KIM ROGALLA<br>POB 3674<br>RENO, NV 89505 |
| EXPEDIA INC.<br>P.O. BOX 847675<br>DALLAS, TX 75284-7675 | HOTEL INFO SYSTEMS<br>DEPT 7798<br>LOS ANGELES, CA 90084 | KOLO-TV<br>4850 AMPHERE DR.<br>RENO, NV 89510 |
| EXTRA TOUCH<br>25 E. TAYLOR AVE.<br>RENO, NV 89501 | IBM<br>P.O. BOX 676673<br>DALLAS, TX 75267-6673 | KONAMI<br>585 TRADE CENTER DR.<br>LAS VEGAS, NV 89119 |
| FIRE EXT. SERVICE<br>325 WEST FOURTH ST.<br>FALLON, NV 89406 | IGT<br>DEPT. 7866<br>LOS ANGELES, CA 90088-7866 | KRISTEN SIMPSON<br>10089 BASALT CT.<br>RENO, NV 89506 |
| FRANKLIN ENERGY SERVICES<br>6100 NEIL RD.<br>RENO, NV 89511 | IGT/PARTICIPATION<br>DEPT 7866<br>LOS ANGELES, CA 90088-7866 | KRNV-TV<br>P.O. BOX 7160<br>RENO, NV 89510 |

| | | |
|---|---|---|
| KRXI<br>4920 BROOKSIDE CT.<br>RENO, NV 89502 | MEINEKE DISCOUNT MUFFLER<br>1930 PRATER WAY<br>SPARKS, NV 89431-4707 | NEVADA WEB<br>P.O. BOX 12<br>CARSON CITY, NV 89702 |
| KTVN<br>P.O. BOX 7220<br>RENO, NV 89510 | MICHAEL MCKEE<br>868 BLIZZARD CT.<br>SUN VALLEY, NV 89433 | NO PEEK<br>PEM 500<br>1650 S CASINO DR.<br>LAUGHLIN, NV 89029 |
| LAUNDRY SYSTEMS OF AMERICA<br>1217 GATOR WAY<br>SPARKS, NV 89431 | MICHAEL MIRAGLIO<br>1003 SBRAGIO WAY<br>SPARKS, NV 89431 | NV ASSOC. OF EMPLOYERS<br>P.O. BOX 7515<br>RENO, NV 89510 |
| LAURA LEMME<br>1076 DOLCE DR.<br>SPARKS, NV 89434 | MILIAM RASMUSSEN<br>POB 785<br>RENO, NV 89504 | NV CASH REGISTER SERVICE<br>4732 PASO ROBLES COURT<br>SPARKS, NV 89436 |
| LODGENET<br>P.O. BOX 952141<br>ST. LOUIS, MO 63195-2141 | MMS WEST<br>1380 GREG ST., STE. 219<br>SPARKS, NV 89431 | NV DEPT. OF TAXATION<br>P.O. BOX 52674<br>PHOENIX, AZ 85072-2674 |
| MACHABEE<br>P.O. BOX 2231<br>RENO, NV 89505 | MODEL DAIRY<br>P.O. BOX 3017<br>RENO, NV 89505 | OFFICE DEPOT<br>P.O. BOX 9027<br>DES MOINES, IA 50368-9027 |
| MACHABEE CIT TECH.<br>P.O. BOX 790448<br>ST. LOUIS, MO 63179-0448 | MUZAK<br>P.O. BOX 70128<br>LOS ANGELES,  CA 90074-0128 | OFFICE OF THE US TRUSTEE<br>300 BOOTH STREET<br>ROOM 2129<br>RENO, NV  89509 |
| MADISON, SCOTT<br>P.O. BOX 18886<br>RENO, NV 89511 | NEV. EMPLOYMENT SECURITY<br>500 E. THIRD STREET<br>CARSON CITY, NV  89713 | ORKIN<br>9475 DOUBLE R. BLVD. #B22<br>RENO, NV 89521 |
| MANUEL VALLEJO VASQUEZ<br>106 EAST VICTORIA AVE., SP. 50<br>SPARKS, NV 89431 | NEVADA FORMS AND PRINTING<br>23155 KIDDER ST.<br>HAYWARD, CA 94545 | OTIS ELEVATOR<br>725 TRADEMARK DR., STE. 102<br>RENO, NV 89511 |
| MARIA PRECIADO<br>811 OAKWOOD DR., #2<br>SPARKS, NV 89431 | NEVADA LABOR COMMISSION<br>675 FAIRVIEW DRIVE<br>SUITE 226<br>CARSON CITY, NV  89710 | PAPER PLUS<br>605 GLENDALE AVE., #105-A<br>SPARKS, NV 89431 |

| | | |
|---|---|---|
| PARKER'S MODEL T, INC.<br>1040 VICTORIAN AVE.<br>SPARKS, NV 89431 | RENO GAZETTE<br>P.O. BOX 22000<br>RENO, NV 89520-2000 | SACRAMENTO BUSINESS MACHINES<br>3209 RAMOS CIRCLE<br>SACRAMENTO, CA 95827 |
| PATRICIA CHAVEZ<br>5930 SILVER LAKE RD., #18<br>RENO, NV 89506 | RENO NEWS AND REVIEW<br>P.O. BOX 7888<br>CHICO, CA 95927 | SANI-HUT<br>P.O. BOX 7455<br>RENO, NV 89510-7455 |
| PDS GAMING<br>6280 ANNIE OAKLEY DR.<br>LAS VEGAS, NV 89120 | RENO SPARKS CONVENTION CENTER<br>P.O. BOX 837<br>RENO, NV 89504 | SHANNON FUN TOURS |
| PETER COMMUNICATION GROUP<br>P.O. BOX 31152<br>SAN FRANCISCO, CA 94131 | RENO-TAHOE SPECIALTY<br>550 VALLEY ROAD<br>RENO, NV 89512 | SHASTINA CORRAL<br>160 LOFTY VIEW DR.<br>SUN VALLEY, NV 89433 |
| PHILIP FRIEDMANN<br>POB 3012<br>SPARKS, NV 89432 | RICHARD STEVENSON<br>1731 CLOVER LEAF DR.<br>SPARKS, NV 89434 | SHRED IT<br>P.O. BOX 13047<br>RENO, NV 89431 |
| PORT OF SUBS<br>5365 MAE ANNE AVE., #A-29<br>RENO, NV 89523 | RICKEY STOUT<br>130 LOFTY VIEW DR.<br>SUN VALLEY, NV 89433 | SHUFFLEMASTER<br>FILE #50262 894090<br>LOS ANGELES, CA 90074- 0262 |
| POWERFUL SUCCESS SOLUTIONS<br>P.O. BOX 14514<br>RENO, NV 89507 | ROBERT ARCHAMBAULT<br>1531 SATURNO HEIGHTS DR.<br>RENO, NV 89523 | SHUMWAY MAU<br>1414 EAST NINTH ST., #5<br>RENO, NV 89512 |
| PROGRESSIVE GAMING<br>P.O. BOX 98681<br>LAS VEGAS, NV 89681 | ROSARIO CALIMLIM<br>445 SULLIVAN LN. #39<br>SPARKS, NV 89431 | SIERRA DISPLAYS<br>P.O. BOX 21173<br>RENO, NV 89515 |
| REBECCA RAVISCIONI<br>1855 EL RANCHO DR., #246<br>SPARKS, NV 89431 | ROSE WOLCOTT<br>825 JENNY'S LANE<br>FERNLEY, NV 89408 | SIERRA ELECTRONICS<br>P.O. BOX 1545<br>SPARKS, NV 89432-1545 |
| RENO FORK LIFT1<br>P.O. BOX 50009<br>SPARKS, NV 89435 | RUSS BERRIE<br>ON 1102<br>OAKLAND, NJ 07436 | SIERRA FILTRATION PRODUCTS<br>2890 VASSAR ST. #A-1<br>RENO, NV 89502 |

| | | |
|---|---|---|
| SIERRA GOLF CART & AUTO<br>39 WEBB CIRCLE<br>RENO, NV 89506 | TAHOE SUPPLY<br>3315 RESEARCH WAY<br>CARSON CITY, NV 89706 | UNITED SITE SERVICES<br>JOHNNY ON THE SPOT<br>3408 HILLCAP AVE.<br>SAN JOSE, CA 95136 |
| SIERRA NEVADA MEDIA GROUP<br>P.O. BOX 2288<br>CARSON CITY, NV 89702 | TEAM POWER FORKLIFT<br>8111 FRUITRIDGE RD.<br>SACRAMENTO, CA 95826 | UNITED UNIFORM<br>495 N FRENCH RD.<br>BUFFALO, NY 14228 |
| SIERRA NV CO-OP<br>POS ROYALTIES<br>P.O. BOX 6569<br>RENO, NV 89513 | THE ELIZABETH YOUNGER AGENCY<br>5418 LONGLEY LN., STE. B.<br>RENO, NV 89511 | US FOODSERVICE<br>850 NORTH HILLS BLVD.<br>RENO, NV 89506 |
| SIERRA PACIFIC<br>P.O. BOX 10100<br>RENO, NV 89510 | THE HOLDER GROUP EL CAPITAN, IN<br>1040 VICTORIAN AVE.<br>SPARKS, NV 89431 | US POSTAL - NEOPOST<br>P.O. BOX 45800<br>SAN FRANCISCO, CA 94145-0800 |
| SIERRA WELDING<br>1300 GLENDALE AVE.<br>SPARKS, NV 89431 | THE HOLDER GROUP ELKO, LLC<br>1040 VICTORIAN AVE.<br>SPARKS, NV 89431 | USA SCALES<br>1043 "A" SERPENTINE LN.<br>PLEASANTON, CA 94566 |
| SIGNS BY TOMORROW<br>3595 AIRWAY DR., STE. 403<br>RENO, NV 89511 | THE HOLDER GROUP, LLC<br>1040 VICTORIAN AVE.<br>SPARKS, NV 89431 | VACATIONLAND TOURS |
| SIMPLEX GRINNELL<br>DEPT CH 10320<br>PALATINE, IL 60055-0320 | THOMAS REEVES<br>1125 VANCE WAY<br>SPARKS, NV 89431 | VOGUE LINEN<br>175 5TH ST.<br>ELKO, NV 89801 |
| SKILLMAN, BOYLE, POLLACK<br>1301 W LONG LAKE RD., STE. 245<br>TROY, MI 48098 | TIRES UNLIMITED<br>1120 KIETZKE LN.<br>RENO, NV 89502 | VSR LOCK<br>P.O. BOX 30265<br>LAS VEGAS, NV 89173-0265 |
| SPARKS SANITATION<br>P.O. BOX 79168<br>PHOENIX, AZ 89062-9168 | TJ WHOLESALE<br>3265 W POST RD.<br>LAS VEGAS, NV 89118 | WASHOE COUNTY TREASURER<br>P.O. BOX 30039<br>RENO, NV 89520 |
| SPRINT<br>P.O. BOX 541023<br>LOS ANGELES, CA 90054-1023 | TRAVELNOW.COM<br>4319 SOUTH NATIONAL #108<br>SPRINGFIELD, MO 65810 | WEHDE, RANDY<br>565 SPARKS BLVD. #774<br>SPARKS, NV 89434 |

WELLS GAMING RESEARCH
P.O. BOX 3781
RENO, NV 89505

WESTERN MONEY
620 KRESGE LANE
SPARKS, NV 89431

WILLIAMS GAMING
800 S NORTHPOINT BLVD.
WAUKEGAN, IL 60085

XPERTX
5301 LONGLEY LN. #H118
RENO, NV 89511

YOUNG ELECTRIC
P.O. BOX 11676
TACOMA, WA 98411-6676

ZACHARY HOWELL
2500 DICKERSON RD., #95
RENO, NV 89503

UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEVADA

| | |
|---|---|
| In re:<br><br>**SILVER CLUB**<br><br><br><br><br><br><br>                    Debtor(s). | Bankruptcy No.:<br><br>Chapter     **11**<br><br><br>VERIFICATION OF CREDITOR MATRIX |

The above named Debtor hereby verifies that the attached list of creditors is true and correct to the best of his/her knowledge.


Date  **6/19/2009**                          Signature **s/ HAROLD D. HOLDER, SR., PRESIDENT**
                                                      **HAROLD D. HOLDER, SR., PRESIDENT**



vercredmatrix.wpd rev. 4/12/07

| United States Bankruptcy Court<br>District of Nevada | Voluntary Petition |
|---|---|

| Name of Debtor (if individual, enter Last, First, Middle):<br>**SILVER CLUB** | Name of Joint Debtor (Spouse) (Last, First, Middle): |
|---|---|
| All Other Names used by the Debtor in the last 8 years<br>(include married, maiden, and trade names): | All Other Names used by the Joint Debtor in the last 8 years<br>(include married, maiden, and trade names): |
| Last four digits of Soc. Sec. or Individual-Taxpayer I.D. (ITIN) No./Complete EIN(if more than one, state all): **88-0242369** | Last four digits of Soc. Sec. or Indvidual-Taxpayer I.D. (ITIN) No./Complete EIN(if more than one, state all): |
| Street Address of Debtor (No. & Street, City, and State):<br>**1040 VICTORIAN AVE.**<br>**SPARKS, NV**<br>ZIP CODE **89431** | Street Address of Joint Debtor (No. & Street, City, and State):<br>ZIP CODE |
| County of Residence or of the Principal Place of Business:<br>**WASHOE** | County of Residence or of the Principal Place of Business: |
| Mailing Address of Debtor (if different from street address):<br>ZIP CODE | Mailing Address of Joint Debtor (if different from street address):<br>ZIP CODE |
| Location of Principal Assets of Business Debtor (if different from street address above):<br>**1040 VICTORIAN AVE.**<br>**SPARKS, NV** | ZIP CODE **89431** |

**Type of Debtor** (Form of Organization) (Check **one** box.)
- [ ] Individual (includes Joint Debtors) *See Exhibit D on page 2 of this form.*
- [x] Corporation (includes LLC and LLP)
- [ ] Partnership
- [ ] Other (If debtor is not one of the above entities, check this box and state type of entity below.)

**Nature of Business** (Check **one** box)
- [ ] Health Care Business
- [ ] Single Asset Real Estate as defined in 11 U.S.C. § 101(51B)
- [ ] Railroad
- [ ] Stockbroker
- [ ] Commodity Broker
- [ ] Clearing Bank
- [x] Other

**Tax-Exempt Entity** (Check box, if applicable)
- [ ] Debtor is a tax-exempt organization under Title 26 of the United States Code (the Internal Revenue Code.)

**Chapter of Bankruptcy Code Under Which the Petition is Filed** (Check **one** box)
- [ ] Chapter 7
- [ ] Chapter 9
- [x] Chapter 11
- [ ] Chapter 12
- [ ] Chapter 13
- [ ] Chapter 15 Petition for Recognition of a Foreign Main Proceeding
- [ ] Chapter 15 Petition for Recognition of a Foreign Nonmain Proceeding

**Nature of Debts** (Check one box)
- [ ] Debts are primarily consumer debts, defined in 11 U.S.C. § 101(8) as "incurred by an individual primarily for a personal, family, or household purpose."
- [x] Debts are primarily business debts.

**Filing Fee** (Check one box)
- [x] Full Filing Fee attached
- [ ] Filing Fee to be paid in installments (applicable to individuals only). Must attach signed application for the court's consideration certifying that the debtor is unable to pay fee except in installments. Rule 1006(b) See Official Form 3A.
- [ ] Filing Fee waiver requested (applicable to chapter 7 individuals only). Must attach signed application for the court's consideration. See Official Form 3B.

**Chapter 11 Debtors**
Check one box:
- [ ] Debtor is a small business debtor as defined in 11 U.S.C. § 101(51D).
- [x] Debtor is not a small business debtor as defined in 11 U.S.C. § 101(51D).

Check if:
- [ ] Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $2,190,000.

Check all applicable boxes
- [ ] A plan is being filed with this petition
- [ ] Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).

**Statistical/Administrative Information**
- [x] Debtor estimates that funds will be available for distribution to unsecured creditors.
- [ ] Debtor estimates that, after any exempt property is excluded and administrative expenses paid, there will be no funds available for distribution to unsecured creditors.

THIS SPACE IS FOR COURT USE ONLY

Estimated Number of Creditors

| 1-49 | 50-99 | 100-199 | 200-999 | 1,000-5,000 | 5,001-10,000 | 10,001-25,000 | 25,001-50,000 | 50,001-100,000 | Over 100,000 |
|---|---|---|---|---|---|---|---|---|---|
| [ ] | [ ] | [x] | [ ] | [ ] | [ ] | [ ] | [ ] | [ ] | [ ] |

Estimated Assets

| $0 to $50,000 | $50,001 to $100,000 | $100,001 to $500,000 | $500,001 to $1 million | $1,000,001 to $10 million | $10,000,001 to $50 million | $50,000,001 to $100 million | $100,000,001 to $500 million | $500,000,001 to $1 billion | More than $1 billion |
|---|---|---|---|---|---|---|---|---|---|
| [ ] | [ ] | [ ] | [ ] | [x] | [ ] | [ ] | [ ] | [ ] | [ ] |

Estimated Liabilities

| $0 to $50,000 | $50,001 to $100,000 | $100,001 to $500,000 | $500,001 to $1 million | $1,000,001 to $10 million | $10,000,001 to $50 million | $50,000,001 to $100 million | $100,000,001 to $500 million | $500,000,001 to $1 billion | More than $1 billion |
|---|---|---|---|---|---|---|---|---|---|
| [ ] | [ ] | [ ] | [ ] | [ ] | [x] | [ ] | [ ] | [ ] | [ ] |

| **Voluntary Petition** *(This page must be completed and filed in every case)* | Name of Debtor(s): **SILVER CLUB** |
|---|---|

| **All Prior Bankruptcy Cases Filed Within Last 8 Years** (If more than two, attach additional sheet.) |||
|---|---|---|
| Location Where Filed: **NONE** | Case Number: | Date Filed: |
| Location Where Filed: | Case Number: | Date Filed: |

| **Pending Bankruptcy Case Filed by any Spouse, Partner or Affiliate of this Debtor** (If more than one, attach additional sheet) |||
|---|---|---|
| Name of Debtor: **NONE** | Case Number: | Date Filed: |
| District: | Relationship: | Judge: |

| **Exhibit A** (To be completed if debtor is required to file periodic reports (e.g., forms 10K and 10Q) with the Securities and Exchange Commission pursuant to Section 13 or 15(d) of the Securities Exchange Act of 1934 and is requesting relief under chapter 11.) <br><br> ☐ Exhibit A is attached and made a part of this petition. | **Exhibit B** (To be completed if debtor is an individual whose debts are primarily consumer debts) <br><br> I, the attorney for the petitioner named in the foregoing petition, declare that I have informed the petitioner that [he or she] may proceed under chapter 7, 11, 12, or 13 of title 11, United States Code, and have explained the relief available under each such chapter. I further certify that I have delivered to the debtor the notice required by 11 U.S.C. § 342(b). <br><br> **X Not Applicable** <br> Signature of Attorney for Debtor(s)      Date |
|---|---|

**Exhibit C**

Does the debtor own or have possession of any property that poses or is alleged to pose a threat of imminent and identifiable harm to public health or safety?

☐ Yes, and Exhibit C is attached and made a part of this petition.

☒ No

**Exhibit D**

(To be completed by every individual debtor. If a joint petition is filed, each spouse must complete and attach a separate Exhibit D.)

☐ Exhibit D completed and signed by the debtor is attached and made a part of this petition.

If this is a joint petition:

☐ Exhibit D also completed and signed by the joint debtor is attached and made a part of this petition.

**Information Regarding the Debtor - Venue**
(Check any applicable box)

☒ Debtor has been domiciled or has had a residence, principal place of business, or principal assets in this District for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other District.

☐ There is a bankruptcy case concerning debtor's affiliate. general partner, or partnership pending in this District.

☐ Debtor is a debtor in a foreign proceeding and has its principal place of business or principal assets in the United States in this District. or has no principal place of business or assets in the United States but is a defendant in an action or proceeding [in a federal or state court] in this District, or the interests of the parties will be served in regard to the relief sought in this District.

**Certification by a Debtor Who Resides as a Tenant of Residential Property**
(Check all applicable boxes.)

☐ Landlord has a judgment against the debtor for possession of debtor's residence. (If box checked, complete the following).

_____
(Name of landlord that obtained judgment)

_____
(Address of landlord)

☐ Debtor claims that under applicable nonbankruptcy law, there are circumstances under which the debtor would be permitted to cure the entire monetary default that gave rise to the judgment for possession, after the judgment for possession was entered, and

☐ Debtor has included in this petition the deposit with the court of any rent that would become due during the 30-day period after the filing of the petition.

☐ Debtor certifies that he/she has served the Landlord with this certification. (11 U.S.C. § 362(l)).

| **Voluntary Petition** *(This page must be completed and filed in every case)* | Name of Debtor(s): **SILVER CLUB** |
|---|---|

## Signatures

| **Signature(s) of Debtor(s) (Individual/Joint)** | **Signature of a Foreign Representative** |
|---|---|

I declare under penalty of perjury that the information provided in this petition is true and correct.

[If petitioner is an individual whose debts are primarily consumer debts and has chosen to file under chapter 7] I am aware that I may proceed under chapter 7, 11, 12 or 13 of title 11, United States Code, understand the relief available under each such chapter, and choose to proceed under chapter 7.

[If no attorney represents me and no bankruptcy petition preparer signs the petition] I have obtained and read the notice required by 11 U.S.C. § 342(b).

I request relief in accordance with the chapter of title 11, United States Code, specified in this petition.

X **Not Applicable**
Signature of Debtor

X **Not Applicable**
Signature of Joint Debtor

Telephone Number (If not represented by attorney)

Date

I declare under penalty of perjury that the information provided in this petition is true and correct, that I am the foreign representative of a debtor in a foreign proceeding, and that I am authorized to file this petition.

(Check only **one** box.)

☐ I request relief in accordance with chapter 15 of Title 11, United States Code. Certified Copies of the documents required by § 1515 of title 11 are attached.

☐ Pursuant to 11 U.S.C. § 1511, I request relief in accordance with the Chapter of title 11 specified in the petition. A certified copy of the order granting recognition of the foreign main proceeding is attached.

X **Not Applicable**
(Signature of Foreign Representative)

(Printed Name of Foreign Representative)

Date

### Signature of Attorney

X **/s/ Stephen R. Harris**
Signature of Attorney for Debtor(s)

**Stephen R. Harris, Esq.  Bar No.  001463**
Printed Name of Attorney for Debtor(s) / Bar No.

**Belding, Harris & Petroni, LTD**
Firm Name

**417 West Plumb Lane Reno, NV 89509**
Address

**775 786-7000**        **775 786-7764**
Telephone Number

**6/19/2009**
Date

*In a case in which § 707(b)(4)(D) applies, this signature also constitutes a certification that the attorney has no knowledge after an inquiry that the information in the schedules is incorrect.

### Signature of Non-Attorney Petition Preparer

I declare under penalty of perjury that: (1) I am a bankruptcy petition preparer as defined in 11 U.S.C. § 110; (2) I prepared this document for compensation and have provided the debtor with a copy of this document and the notices and information required under 11 U.S.C. §§ 110(b), 110(h), and 342(b); and, (3) if rules or guidelines have been promulgated pursuant to 11 U.S.C. § 110(h) setting a maximum fee for services chargeable by bankruptcy petition preparers, I have given the debtor notice of the maximum amount before preparing any document for filing for a debtor or accepting any fee from the debtor, as required in that section. Official Form 19 is attached.

**Not Applicable**
Printed Name and title, if any, of Bankruptcy Petition Preparer

Social-Security number (If the bankruptcy petition preparer is not an individual, state the Social-Security number of the officer, principal, responsible person or partner of the bankruptcy petition preparer.) (Required by 11 U.S.C. § 110.)

Address

X **Not Applicable**

Date

Signature of bankruptcy petition preparer or officer, principal, responsible person, or partner whose Social-Security number is provided above.

Names and Social-Security numbers of all other individuals who prepared or assisted in preparing this document unless the bankruptcy petition preparer is not an individual.

If more than one person prepared this document, attach to the appropriate official form for each person.

*A bankruptcy petition preparer's failure to comply with the provisions of title 11 and the Federal Rules of Bankruptcy Procedure may result in fines or imprisonment or both. 11 U.S.C. § 110; 18 U.S.C. § 156.*

### Signature of Debtor (Corporation/Partnership)

I declare under penalty of perjury that the information provided in this petition is true and correct, and that I have been authorized to file this petition on behalf of the debtor.

The debtor requests the relief in accordance with the chapter of title 11, United States Code, specified in this petition.

X **s/ HAROLD D. HOLDER, SR., PRESIDENT**
Signature of Authorized Individual

**HAROLD D. HOLDER, SR., PRESIDENT**
Printed Name of Authorized Individual

Title of Authorized Individual

**6/19/2009**
Date

## United States Bankruptcy Court

### District of Nevada

| | |
|---|---|
| In re: | Case No. |
| **SILVER CLUB** | Chapter **11** |

## STATEMENT REGARDING AUTHORITY TO SIGN AND FILE PETITION

I, **HAROLD D. HOLDER, SR.**, declare under penalty of perjury that I am the **PRESIDENT** of **SILVER CLUB,** a **NEVADA** Corporation and that on **06/19/2009** the following resolution was duly adopted by the **OFFICERS/BOARD OF DIRECTORS** of this Corporation:

"Whereas, it is in the best interest of this Corporation to file a voluntary petition in the United States Bankruptcy Court pursuant to Chapter 11 of Title 11 of the United States Code;

Be It Therefore Resolved, that **HAROLD D. HOLDER, SR., PRESIDENT**, of this Corporation, is authorized and directed to execute and deliver all documents necessary to perfect the filing of a Chapter 11 voluntary bankruptcy case on behalf of the Corporation; and

Be It Further Resolved, that **HAROLD D. HOLDER, SR., PRESIDENT**, of this Corporation, is authorized and directed to appear in all bankruptcy proceedings on behalf of the Corporation, and to otherwise do and perform all acts and deeds and to execute and deliver all necessary documents on behalf of the Corporation in connection with such bankruptcy case; and

Be It Further Resolved, that **HAROLD D. HOLDER, SR., PRESIDENT**, of this Corporation, is authorized and directed to employ **Stephen R. Harris, Esq.**, attorney and the law firm of **Belding, Harris & Petroni, LTD** to represent the Corporation in such bankruptcy case."

| | | |
|---|---|---|
| Executed on:  **6/19/2009** | Signed: | **s/ HAROLD D. HOLDER, SR., PRESIDENT** |
| | | **HAROLD D. HOLDER, SR.** |

B 203
(12/94)

# UNITED STATES BANKRUPTCY COURT
## District of Nevada

In re: **SILVER CLUB**

Debtor

Case No.
Chapter **11**

# DISCLOSURE OF COMPENSATION OF ATTORNEY FOR DEBTOR

1. Pursuant to 11 U.S.C. § 329(a) and Bankruptcy Rule 2016(b), I certify that I am the attorney for the above-named debtor(s) and that compensation paid to me within one year before the filing of the petition in bankruptcy, or agreed to be paid to me, for services rendered or to be rendered on behalf of the debtor(s) in contemplation of or in connection with the bankruptcy case is as follows:

   For legal services, I have agreed to accept $ **20,000.00**

   Prior to the filing of this statement I have received $ **20,000.00**

   Balance Due $

2. The source of compensation paid to me was:

   ☐ Debtor     ☒ Other (specify) **THE HOLDER GROUP EL CAPITAN, LLC**

3. The source of compensation to be paid to me is:

   ☒ Debtor     ☐ Other (specify)

4. ☒ I have not agreed to share the above-disclosed compensation with any other person unless they are members and associates of my law firm.

   ☐ I have agreed to share the above-disclosed compensation with a person or persons who are not members or associates of my law firm. A copy of the agreement, together with a list of the names of the people sharing in the compensation, is attached.

5. In return for the above-disclosed fee, I have agreed to render legal service for all aspects of the bankruptcy case, including:

   a) Analysis of the debtor's financial situation, and rendering advice to the debtor in determining whether to file a petition in bankruptcy;

   b) Preparation and filing of any petition, schedules, statement of affairs, and plan which may be required;

   c) Representation of the debtor at the meeting of creditors and confirmation hearing, and any adjourned hearings thereof;

   d) Representation of the debtor in adversary proceedings and other contested bankruptcy matters;

   e) [Other provisions as needed]
   **None**

6. By agreement with the debtor(s) the above disclosed fee does not include the following services:
   **None**

## CERTIFICATION

I certify that the foregoing is a complete statement of any agreement or arrangement for payment to me for representation of the debtor(s) in this bankruptcy proceeding.

Dated: **6/19/2009**

/s/ Stephen R. Harris
**Stephen R. Harris, Esq., Bar No. 001463**

**Belding, Harris & Petroni, LTD**
Attorney for Debtor(s)

# United States Bankruptcy Court
# District of Nevada

In re  **SILVER CLUB**                                    Case No.

    Debtor.                                          Chapter  **11**

## STATEMENT OF CORPORATE OWNERSHIP

Comes now **SILVER CLUB** (the "Debtor") and pursuant to Fed. R. Bankr. P. 1007(a) and 7007.1 state as follows:

   **X**   All corporations that directly or indirectly own 10% or more of any class of the corporation's equity interests are listed below:

| **Owner** | **% of Shares Owned** |
|---|---|
| **CMS INTERNATIONAL, a Nevada Corporation** | **100%** |

OR,

_____ There are no entities to report.

By **/s/ Stephen R. Harris**
**Stephen R. Harris, Esq.**
Signature of Attorney

Counsel for    **SILVER CLUB**
Bar no.:       **001463**
Address.:      **Belding, Harris & Petroni, LTD**
               **417 West Plumb Lane**
               **Reno, NV 89509**
Telephone No.: **775 786-7000**
Fax No.:       **775 786-7764**
E-mail address: