STEPHEN R. HARRIS, ESQ.
BELDING, HARRIS & PETRONI, LTD.
**Nevada Bar No. 001463**
417 West Plumb Lane
Reno, Nevada 89509
Telephone: (775) 786-7600
Facsimile: (775) 786-7764
E-Mail: steve@renolaw.biz
Proposed Attorneys for Debtors

ELECTRONICALLY FILED BY
BELDING, HARRIS & PETRONI, LTD.
ON 6/25/09

UNITED STATES BANKRUPTCY COURT

DISTRICT OF NEVADA

\* \* \* \* \*

IN RE:

SILVER CLUB, a Nevada corporation

☐ Affects this Debtor.
☒ Affects all Debtors.
☐ Affects Parker's Model T, Inc.
☐ Affects The Holder Group El Capitan, Inc.
☐ Affects The Holder Group Elko, LLC

Debtors.
_____/

Case No.: BK-N-09-51953-GWZ; Chapter 11
Jointly Administered with:

09-51956   Parker's Model T, Inc.
09-51958   The Holder Group El Capitan, Inc.
09-51961   The Holder Group Elko, LLC

Hrg. DATE:  June 25, 2009
Hrg. TIME:  3:00 p.m.
Est. Time:  1 hour
Set By:     Judge Zive

# OMNIBUS DECLARATION OF CHRIS COLEY IN SUPPORT OF FIRST DAY MOTIONS

STATE OF NEVADA     )
                    : ss.
COUNTY OF WASHOE    )

I, Chris Coley, hereby declare as follows:

1.  I am over the age of 18 and am mentally competent. I make this Declaration (the "Declaration) in support of the motions requesting various types of immediate relief (collectively, the "First Day Motions") filed by the Debtors (as herinafter defined) in the above-captioned cases (collectively, the "Chapter 11 Cases"). Except as otherwise indicated, all facts

LAW OFFICES OF
BELDING, HARRIS
& PETRONI, LTD.
ATTORNEYS AT LAW
417 WEST PLUMB LANE
RENO,
NEVADA 89509
(775) 786-7600

1

set forth in this Declaration are based upon my personal knowledge of the Debtor Entities, information learned from my review of relevant documents and information supplied to me by other members of Debtor Entities management and various business and legal advisors.

2. I am an attorney-at-law admitted to practice before this Court and am licensed to practice law in the State of Nevada.

3. I am serving on a part-time basis as a Business and Legal Advisor for the four (4) Debtor Entities (all as hereafter defined) including serving as Business and Financial Advisor to various Holder related entities that are not in bankruptcy.

4. The Debtors in these Chapter 11 Cases are as follows: SILVER CLUB, a Nevada corporation; PARKER'S MODEL T, INC., a Nevada corporation; THE HOLDER GROUP EL CAPITAN, INC., a Nevada corporation; and THE HOLDER GROUP ELKO, LLC, a Nevada limited liability company (collectively, the "Debtor Entities").

5. I have reviewed the various First Day Motions and would make the following statements with respect to each:

With respect to the Debtors' EMERGENCY MOTION FOR INTERIM APPROVAL OF USE OF CASH COLLATERAL BY DEBTORS AND GRANTING ADEQUATE PROTECTION AND SCHEDULING A FINAL HEARING TO APPROVE USE OF CASH COLLATERAL BY DEBTORS:

a) Without the Debtors being authorized on an interim basis to use Cash Collateral of its first priority lender, Northern Nevada Asset Holdings, LLC, the Debtors will not be able to operate their hotel and casino business operations located in five (5) locations, including three (3) businesses in Elko, Nevada, one (1) in Winnemucca, Nevada, one (1) in Hawthorne, Nevada, and one (1) in Sparks, Nevada, although that facility is now temporarily closed and should reopen on a short term basis in the near future. Allowing the Debtors to use Cash Collateral as requested on

LAW OFFICES OF
BELDING, HARRIS
& PETRONI, LTD.
ATTORNEYS AT LAW
417 WEST PLUMB LANE
RENO,
NEVADA 89509
(775) 786-7600

an interim basis until a final hearing can be had before the Court will allow the Debtors business operations to continue without interruption.

b)  With respect to estimated revenue for the Debtors' business operations, that revenue estimate for the next three (3) months, starting June 20, 2009, and ending September 28, 2009, is essentially an estimate in the middle in what could be the low versus the high in expected revenue for each location. Given the current challenging economic environment, the Debtor Entities are not expecting growth in revenue for the next three (3) months, but the Debtor does believe that there will be no further decline in its business operations between now and the end of September, 2009.

c)  Monies paid Konami Gaming, Inc., and Nevada Bank and Trust should allow the Debtor Entities to continue using proprietary software and hardware gaming support system without interruption.

d)  With respect to payment of taxes and licenses, both to the Nevada State Gaming Control Board, Room Tax Authorities, and City, County and State Governments, the Debtor has projected payment of these obligations so that the Debtors remain current for the next three (3) months. The utility expenses that are projected for payment do not include prepetition liabilities that may be owing and those may have to be addressed in § 366 Utility Deposit hearings, especially with respect to the Elko Holdings which are roughly $60,000.00 in arrears.

e)  With respect to the monies being paid to employees under payroll expenses, excluding management payment to CMS International, an entity owned and controlled by Holder Hospitality Group, Inc., all of the ongoing payroll obligations, including taxes, are paid by Paychex, and each of the properties' employees are paid every two (2) weeks. The Debtor Entities are current with all of their payroll and payroll tax obligations. The monies going to CMS International are for a pro rata share of the management time spent with respect to the

LAW OFFICES OF
BELDING, HARRIS
& PETRONI, LTD.
ATTORNEYS AT LAW
417 WEST PLUMB LANE
RENO,
NEVADA 89509
(775) 786-7600

Debtor Entities and their properties and as can be seen from the attached Exhibit "A" worksheet, and each of the entities is responsible for a pro rata share of the CMS International management surcharge. CMS International provides management for all of the Debtor Entities and the non Debtor Entities, including: insurance procurement and servicing, human resources, financial reporting and information gathering, information technology, engineering services, legal and reporting to governmental agencies, including the Nevada State Gaming Control Board.

f)     Finally, the Cash Forecast Budget for the Silver Club includes reopening the Silver Club on or about June 30th or July 1st for a period of 16 hours, so that any gaming licenses can be preserved for an additional time period, as can be seen from the letters written to the State Gaming Control Board by the Debtor Entities' gaming attorney, and to the Tax and License Division for the Nevada Gaming Control Board. The Debtors have formally notified the appropriate gaming regulators that it intends to reopen the Silver Club by June 30, 2009, with an estimated opening of 4:00 p.m. on June 30, 2009, with a close at 8:00 a.m. on July 1, 2009. In my opinion, reopening the Silver Club gaming facility is in the best interest of the Debtor Entities' bankrupt estate.

g)     Monies to maintain the Silver Club and to maintain The Holder Group Elko, LLC, will have to be borrowed from the Parker's Model T, Inc. and The Holder Group El Capitan, Inc., which Debtor Entities, Parker's Model T, Inc. and The Holder Group El Capitan, Inc. will have cash surpluses available to loan to Debtor Entities, Silver Club and The Holder Group Elko, LLC, that will be contending with cash negatives going forward.

With respect to the EMERGENCY MOTION FOR ORDER AUTHORIZING THE DEBTORS TO HONOR CASINO CHIPS AND OTHER GAMING LIABILITIES:

a)     It is absolutely necessary for the Debtors to maintain their prepetition casino chips and tokens in the public domain and to honor those, as well as to honor progressive slot liability

LAW OFFICES OF
BELDING, HARRIS
& PETRONI, LTD.
ATTORNEYS AT LAW
417 WEST PLUMB LANE
RENO,
NEVADA 89509
(775) 786-7600

4

and various gaming devices throughout its casinos, as well as ongoing customer promotions. Debtors estimate their prepetition casino chip and token liability at $565,018.00, but Debtors believe that far less than 10% of that will request payment on those liabilities.

With respect to the EMERGENCY MOTION FOR ORDER AUTHORIZING MAINTENANCE OF PREPETITION BANK ACCOUNTS:

a)   As can be seen from the attached Exhibit "A" to the First Day Motion that seeks to allow the Debtors to maintain their prepetition bank accounts, including general operating accounts, merchant accounts, credit card facilities and ATMs, it would be extremely burdensome and expensive for the Debtors to reflag these accounts at another bank or have to adjust the merchant account to Debtor-in-Possession accounts. There appear to be ten (10) accounts in question and Debtor Entities believe it is in the best interest of all of its estates and creditors to maintain these bank accounts as they existed prepetition.

With respect to the EMERGENCY MOTION FOR ORDER (I) AUTHORIZING DEBTORS TO PAY WAGES, SALARIES, BENEFITS, REIMBURSABLE BUSINESS EXPENSES, AND OTHER EMPLOYEE OBLIGATIONS, AND (II) AUTHORIZING AND DIRECTING FINANCIAL INSTITUTIONS TO HONOR AND PROCESS CHECKS AND TRANSFERS RELATED TO SUCH OBLIGATIONS:

a)   The Debtor Entities' wages are paid every two weeks with Paychex paying direct the wages for all of the Debtor Entities' employees, numbering approximately 550. Employee benefit contributions to be paid for the benefit of each of the employees pursuant to this Motion will not exceed $4,600.00 in total. Debtor Entities, per an established policy, only pay vacation time to employees.

Debtors would request that the Court approve these First Day Motions given the fact that the stable employee workforce is absolutely key for the Debtor Entities to continue successfully

LAW OFFICES OF
BELDING, HARRIS
& PETRONI, LTD.
ATTORNEYS AT LAW
417 WEST PLUMB LANE
RENO,
NEVADA 89509
(775) 786-7600

1  performing their casino operations in the future.

2      5.    I declare under penalty of perjury that the foregoing is true and correct to the best

3  of my knowledge and belief.

4  DATED this 24th day of June, 2009.

 

        CHRIS COLEY, Business and Legal Advisor to the Silver Club and related entities

_____

DATED this 24th day of June, 2009.

STEPHEN R. HARRIS, ESQ.
BELDING, HARRIS & PETRONI, LTD.
417 West Plumb Lane
Reno, Nevada 89509

/s/ Stephen R. Harris
Attorney for Debtors

LAW OFFICES OF
BELDING, HARRIS
& PETRONI, LTD.
ATTORNEYS AT LAW
417 WEST PLUMB LANE
RENO,
NEVADA 89509
(775) 786-7600

6